**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| U.S. Bank National Association, as Trustee for the Pooling and Servicing Agreement dated as of March 1, 2006 MASTR Asset-Backed Securities Trust 2006-WMC1 Mortgage Pass-Through Certificates, Series 2006-WMC1 | CASE NUMBER: 1:11-cv-1193 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Samuel Der-Yeghiayan |
| Eduardo Gutierrez, Donna F. Schoenke, | MAGISTRATE JUDGE: Jeffrey T. Gilbert |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Dated: May 5, 2011

Respectfully submitted,

By: /s/ James N. Pappas

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313